<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7069**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

KOVA DUAN WRIGHT,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.   Richard L. Voorhees, District Judge.  (5:01-cr-00005-RLV-12)

Submitted:  March 30, 2012          Decided:  April 12, 2012

Before GREGORY, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kova Duan Wright, Appellant Pro Se.  John George Guise, OFFICE OF THE UNITED STATES ATTORNEY, Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kova Duan Wright appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Wright, No. 5:01-cr-00005-RLV-12 (W.D.N.C. Aug. 4, 2011); see United States v. Brown, 653 F.3d 337 (4th Cir. 2011), cert. denied, 132 S. Ct. 1003 (2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED